**Opinion issued April 23, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-14-00786-CV**

————————————

**DAVID JONES, Appellant**

**V.**

**TIFFANY MONTEJO, Appellee**

On Appeal from the 312th District Court of Harris County, Texas
Trial Court Case No. 1997-17289

**MEMORANDUM OPINION**

Appellant, David Jones, has filed an appeal from the trial court's August 19, 2014 Order Confirming Support Arrearage. The trial court clerk filed the clerk's record on October 7, 2014, and the court reporter filed the reporter's record on January 26, 2015. Appellant's brief was therefore due on February 16, 2015. *See* TEX. R. APP. P. 38.6(a).

As of February 26, 2015, appellant failed to timely file a brief, and on that date the Clerk of this Court notified appellant that failure to file a brief or a motion for extension by March 9, 2015 could lead to dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a), 42.3(b). To date, no brief has been filed.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.